BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MI CASA PROPERTIES, LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO.: CV-09-4888 PJH<br><br>**STIPULATION FOR ORDER GRANTING RELIEF FROM DEFAULT** |

**STIPULATION FOR ORDER GRANTING RELIEF FROM DEFAULT**

1. On October 13, 2009, plaintiff filed this action with the Court.

2. On or about February 19, 2010, plaintiff requested entry of default against Defendant Mi Casa Properties, LLC for failure to appear.

3. On or about February 24, 2010, the clerk entered default against Defendant Mi Casa Properties, LLC.

4. On or about February 25, 2010, Defendant Mi Casa Properties, LLC hired counsel to represent it in this action.

1

*428/04/0010.3*      Stipulation re Relief from Default

5. The parties agree that it is in the best interest of themselves and the Court to allow Mi Casa Properties, LLC to be relieved from the default and to be allowed to file an Answer to the Complaint.

**STIPULATION**

All parties, through their respective counsel hereby stipulate that, subject to Court approval, Defendant Mi Casa Properties, LLC shall be relieved from the default entered against it by the Clerk on or about February 24, 2010.

Further, Mi Casa Properties, LLC shall have 10 days from the date of notice of signing of this stipulation by the Clerk to file an Answer to the Complaint.

Dated: March 12, 2010          By:_____/s/_____
                                    Bruce Napell
                                    Singler, Napell & Dillon, LLP
                                    127 S. Main Street
                                    Sebastopol, CA 95472
                                    707-823-8719
                                    Attorney for Defendant Mi Casa Properties, LLC


                               By:_____/s/_____
                                    Thomas N. Stewart, III
                                    369 Blue Oak Lane, 2nd Floor
                                    Oakland, CA 94517
                                    925-672-8452
                                    Attorney for Plaintiff Albert Ditch


Dated: March 29 2010           PURSUANT TO STIPULATION, IT IS SO ORDERED:



2

*428/04/0010.3*                                              Stipulation re Relief from Default