BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MI CASA PROPERTIES, LLC, a<br>California Limited Liability Company,<br><br>　　　　Defendant. | CASE NO.: CV-09-4888 PJH<br><br>**STIPULATION GRANTING EXTENSION OF TIME TO PERFORM REMEDIAL WORK** |

**STIPULATION FOR ORDER EXTENDING TIME FOR PERFORMANCE OF REMEDIAL WORK**

　　　　1.　　On October 13, 2009, plaintiff filed this action with the Court.

　　　　2.　　In June, 2010, the parties entered into a Settlement Agreement pursuant to which Defendant agreed to perform specific remedial work to the Maya Palenque restaurant premises which the parties agreed would result in the removal of barriers to access in compliance with the requirements of Federal and State law.  The settlement agreement also provided for payment by Defendant to Plaintiff of damages and attorneys' fees, with payments

to be made in nine monthly installments.

3. On June 16, 2010 the Court dismissed this action with prejudice, pursuant to the parties' Stipulation of Dismissal. Pursuant to the Order the Court retained jurisdiction to enforce the terms of the settlement, as provided in *Kokkonen v. Guardian Life Insurance Co. Of America*, 511 U.S. 375 (1994).

4. Defendant has made all payments to Plaintiff required under the settlement agreement. Due to lack of financial resources, and to the death on April 1, 2011 of Defendant's principal, Defendant has not been able to perform the agreed upon remedial work, and will not be able to do so by the deadline established in the Settlement Agreement.

5. On or about November 3, 2010 Defendant (along with its principal and an associated entity) was again sued for violation of the State and Federal disabled access laws. That now pending matter is *Mendoza v. Maya Palenque Restaurant, et al.*, N.D. California Action No. 10-4978).

6. The parties therefore agree that the deadline for completion of the remedial work agreed to in the Settlement Agreement in this matter is extended for six months, until December 12, 2011, and that any associated deadlines are similarly extended. Provided, however, that if the matter of *Mendoza v. Maya Palenque Restaurant* is settled within that time, and a schedule for completion of remedial work is agreed to and approved by the Court in conjunction with the settlement of that matter, the terms of that settlement (solely with regard to the scope and timing of remedial work at Maya Palenque Restaurant) will supersede the terms of the Settlement Agreement in this matter.

7. The Parties further request that the Court retain jurisdiction to enforce the Settlement Agreement for an additional six months, or until June 16, 2012.

### STIPULATION

All parties, through their respective counsel hereby stipulate that, subject to Court

approval, Defendant Mi Casa Properties, LLC shall have an extension of six months of its time for completing the remedial work agreed to in the Settlement Agreement herein, and the Court retains jurisdiction to enforce the terms of the Settlement Agreement until June 16, 2012.

Further, that if the matter of *Mendoza v. Maya Palenque Restaurant* (N.D. California Action No. 10-4978) is settled within that time, and a schedule for completion of remedial work is agreed to and approved by the Court in conjunction with that settlement, the terms of that settlement (solely with regard to the scope and timing of remedial work at Maya Palenque Restaurant) will supersede the terms of the Settlement Agreement in this matter.

Dated: June 28, 2011        By:         /s/
                                  Bruce Napell
                                  Singler, Napell & Dillon, LLP
                                  127 S. Main Street
                                  Sebastopol, CA 95472
                                  707-823-8719
                                  Attorney for Defendant Mi Casa Properties, LLC


                            By:         /s/
                                  Thomas N. Stewart, III
                                  369 Blue Oak Lane, 2nd Floor
                                  Oakland, CA 94517
                                  925-672-8452
                                  Attorney for Plaintiff Albert Ditch


Dated July  6 , 2011        PURSUANT TO STIPULATION, IT IS SO ORDERED:


                            _____
                            JUDGE
                            United States District Court
                            Northern District of California



3

428/04/0047.2                                        Stipulation Extending Time